IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN EARL YOUNG, JR.,                                                         PLAINTIFF
ADC #150905

v.                          1:12-cv-00007-SWW-JTK

JOHN FERGUSON, et al                                                           DEFENDANTS

**MEMORANDUM AND ORDER**

On January 19, 2012, this Court entered an Order directing Plaintiff to pay the $350 filing fee for this action, or file a Motion to Proceed in forma pauperis within thirty days of the date of the Order (Doc No. 2). The Court further advised Plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his Complaint. As of this date, Plaintiff has not paid the filing fee or filed a Motion to Proceed in forma pauperis, or otherwise corresponded with this Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to this Court's January 19, 2012 Order, the Court will

dismiss the Complaint without prejudice.  Accordingly,

      IT IS, THEREFORE, ORDERED that this Complaint is DISMISSED without prejudice.

      An appropriate Judgment shall accompany this Memorandum and Order.

      IT IS SO ORDERED this 22nd day of February 2012.

      /s/Susan Webber Wright

      UNITED STATES DISTRICT JUDGE